LAW OFFICES
# Peter W. Till

105 MORRIS AVENUE, SUITE 201
SPRINGFIELD, NEW JERSEY 07081
(973) 258-0064

PETER W. TILL
Admitted to NJ & DC Bar

JOHN V. SALIERNO ◊
Admitted to NJ & NY Bar

◊ CERTIFIED BY THE NJ SUPREME COURT
  AS A CIVIL TRIAL ATTORNEY

Facsimile: (973) 258-0478
Email: pwt@till-law.com
www.till-law.com

December 23, 2024

**Filed via ECF**
Magistrate Judge Anne Y. Shields
United States District Court for the
    Eastern District of New York
100 Federal Plaza, Courtroom 840
Post Office Box 840
Central Islip, New York 11722

Re: Luis Alberto Ocampo and Carlos Jimenez, on behalf of themselves, individually, and on behalf of all others similarly-situated
Against: Guaranteed Home Improvement LLC, and Justin Romano, individually, and Abraham Finkler, individually, and Ricardo Martinex, individually
United States District Court
Eastern District of New York
Case: 2:24-cv-06980(AYS)

Dear Magistrate Judge Shields:

Kindly be advised that this law firm has and continues to represent the Defendants in the above action.

On December 18, 2024, correspondence was filed seeking a Pre-Motion Conference prior to filing a dispositive motion in lieu of an Answer, pursuant to Fed. R. Civ. P. 12(b)(6).

The date by which the Defendants must Answer the Complaint or otherwise plead is Friday, December 27, 2024. Accordingly, we again seek the Court's instruction to preserve our clients' rights to so move and most certainly to avoid the possibility of the entry of default.

Respectfully submitted,

**LAW OFFICES OF PETER W. TILL**

*/s/ Peter W. Till*

Peter W. Till


cc: Michael J. Borrelli, Esq. (mjb@employmentlawyernewyork.com)
Alexander T. Coleman, Esq. (atc@employmentlawyernewyork.com)