# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

| 910 Franklin Avenue | 655 Third Avenue |
| Suite 205 | Suite 1821 |
| Garden City, NY 11530 | New York, NY 10017 |
| Tel. No. 516.248.5550 | Tel. No. 212.679.5000 |
| Fax No. 516.248.6027 | Fax No. 212.679.5005 |

January 3, 2025

<u>Via ECF</u>
The Honorable Ann M. Donnelly
United States District Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Ocampo, et al. v. Guaranteed Home Improvement LLC, et al.,*
    <u>Docket No: 2:24-cv-06980-AMD-AYS</u>

Dear Judge Donnelly:

 We represent Plaintiffs Luis Alberto Ocampo and Carlos Jimenez in the above referenced matter. We submit this correspondence to advise the Court that Yuezhu L. Lu, Esq. (5748199) is no longer employed with our Firm. We respectfully request that the Court remove her from the docket.

 We thank the Court for its attention to this matter.

            Respectfully submitted,

            Michael J. Borrelli, Esq. (MB 8533)
               *For the Firm*

C: All Counsel *via* ECF