FILED
CLERK
3/17/2025 2:28 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LUIS ALBERTO OCAMPO, ET AL, . Civil No. 24-CV-06980-SJB-AYS

Vs.

. 100 Federal Plaza
. Central Islip, NY 11722

GUARANTEED HOME IMPROVEMENT, LLC, ET AL, . DATE: February 25, 2025

TRANSCRIPT OF INITIAL CONFERENCE
BEFORE THE HONORABLE ANNE Y. SHIELDS
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For The Plaintiffs: BORRELLI & ASSOCIATES
BY: PHILIP MALDARI, ESQ.
910 Franklin Avenue, Suite 205
Garden City, NY 11530

For The Defendants: LAW OFFICES OF PETER W. TILL
BY: PETER W. TILL, ESQ.
105 Morris Avenue, Suite 201
Springfield, NJ 07081

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

---

**TRACY GRIBBEN TRANSCRIPTION, LLC**
**PO BOX 688**
**Middletown, NJ 07748**
**(732) 263-0044 Fax No. 732-865-7179**
**800 603-6212**
**www.tgribbentranscription.com**

I N D E X

PAGE

INITIAL CONFERENCE 3

MR. MALDARI: Philip Maldari for plaintiff.

THE COURT: Good afternoon.

MR. TILL: Judge Shields, good afternoon, Peter Till appearing for the defendants.

THE COURT: Good afternoon. (Skip in audio) So you're here for your initial conference. I know case has bounced around a bit. It started out being my case under the PILOT program. But the defendant had asked for dispositive relief, so it got assigned a District Judge. It went to Judge Donnelly first, and now it's Judge Bulsara's case because when he came on the bench, he got cases.

Just to make sure everybody knows, Judge Bulsara does sit in this courthouse. When he was a Magistrate he was in Brooklyn. But now he's upstairs in this courthouse. Just to make sure everybody knows where everyone is.

I know it's an FLSA case. The initial conference and the initial discovery goes forward despite the fact that there is a pending -- I know the defendant wants to make a motion, and I know that you do have a conference on a premotion with Judge Bulsara, and that's on March 11th. But we go forward with our FLSA discovery in any event.

You've put in my FLSA order. And I think you also put in the other order too, I just want to have some clarity here. I'll be so ordering the FLSA order only. So that's the track on which this case will work. Okay?

So have you talked to each other about anything, is there any news on this case, other than what's in your letter? I'll start with the plaintiff.

MR. MALDARI: Yeah, no --

THE COURT: And you can stay seated if you want.

MR. MALDARI: Sorry, just one quick question, the motion that's before Judge Bulsara, I'm pretty sure it was supposed to be in Brooklyn, but you're just saying that you -- it appears that, is that going to be --

THE COURT: He's not in Brooklyn any more, he sits here now.

MR. MALDARI: All right, well that's, so that's going to be changed to --

THE COURT: It's not going to be changed, that's where he sits.

MR. MALDARI: Got it, okay.

THE COURT: I just want you to be clear. Because sometimes people are confused as to where to go. But Judge Bulsara's chambers, it's in this building, since he's been a District Judge, this is where he is. Unless there's something on his docket indicating, on this docket indicating otherwise. But last I checked he's upstairs. But if it's not --

MR. MALDARI: Got it. I'm pretty sure they ordered that we meet in Brooklyn for that motion.

THE COURT: Is it on the docket?

MR. MALDARI: Yes, I'm pretty positive.

THE COURT: Okay. Maybe that's where he's doing some conferences.

MR. MALDARI: Okay.

THE COURT: You know better than I do. And that's fine.

MR. MALDARI: That's --

THE COURT: Is that in person or is that --

MR. MALDARI: It's in person.

THE COURT: In person and it's --

MR. TILL: It is in person, Your Honor. Yes.

THE COURT: In Brooklyn.

MR. TILL: In Brooklyn.

THE COURT: Oh --

MR. TILL: That's what the order says, Your Honor.

THE COURT: Okay, then that's where you'll go. All right, anything else?

MR. TILL: Judge, I just, I want to just make the record for the Court. Counsel and I went over the discovery plan worksheet as for the defendants. We approved it. We did the meet and greet required of that. We also went through the FLSA discovery plan. We both understand that we will proceed with those, with both of those orders.

THE COURT: Just the FLSA order. That's the only thing you have to worry about. Don't worry about the other,

the other plan.

MR. TILL: All right.

THE COURT: In FLSA cases that's what we do.

MR. TILL: Right. And the electronically filed letter by counsel, we reviewed that. And we agreed on the language in it. Our specific positions. And we have no problem with that.

THE COURT: Okay, so you'll go forward on, you know, discovery track with me. And just be clear, it's just the FLSA order. I'm going to so order that. That's 32-1 on the docket. That's the only thing I'm going to so order. And that has you doing some early discovery, it's paper discovery. And then you report back in and see where we are.

At the same time you're going before Judge Bulsara with respect to dispositive motions.

MR. TILL: Judge, I did not see, and I apologize for this inquiry or statement. I didn't see in Judge Bulsara's procedures whether she wanted a settlement memo. A lot of the District Judges ask for a settlement memo. I didn't see anything. Would you like to maybe propose that we do a unilateral settlement memo.

THE COURT: Well here's what we do. If you look on my FLSA order, you do this early discovery where it's mostly papers. The plaintiffs fill out interrogatories where they say exactly what hours they worked, what they think they're

entitled to. At the same time the defendants, and I know you said you have records, you give over those records to the other side. Then there's a report back day in my order to me, that's to me, not to Judge Bulsara. Once it get that what I do on FLSA cases, I send you to FLSA mediation, because we have a particular mediation for those cases in our court and they're really successful. So I send you to that mediation.

In the meantime, if you want to make any motions that are dispositive, they go before Judge Bulsara. And that will be any motions dismissing, any motion for summary judgment. Hopefully these cases settle in mediation before too much money is spent. But if not, you know, that's okay too. From my perspective, I just want it to move along. And I'm sure that's the case for you too also.

If at any point prior, you want to be sent to mediation, reach out to me, and I'll do an order sending you to mediation earlier. But I find it's more useful to do your, you know, a little bit of paper discovery before you go to mediation so that you really know where each other stands.

MR. TILL: Understood.

THE COURT: Okay? All right. Any other questions?

MR. TILL: Nothing from the defendant, Judge, thank you.

THE COURT: Plaintiff?

MR. MALDARI: Nothing from plaintiff.

THE COURT: Okay, thanks for appearing.

MR. TILL: All right, thank you.

* * * * *

**C E R T I F I C A T I O N**

I, **PATRICIA POOLE**, court approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

/S/ PATRICIA POOLE

TRACY GRIBBEN TRANSCRIPTION, LLC DATE: March 17, 2025